UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE VIRGIL MCELROY,

      Plaintiff,                        Case No. 1:20-CV-1097

v.                                       Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Stipulation and Order of Remand.

**IT IS SO ORDERED.**

Dated:  November 4, 2021              /s/ Ray Kent_____
                                                    RAY KENT
                                                    United States Magistrate Judge